UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1554** |
| **JAMES LEBLANC** | **SECTION "A" (2)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's response, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Moreover, the response, which the petitioner characterizes as a motion to stay, does not address the petitioner's failure to pay the sanctions that the Fifth Circuit has imposed due to the petitioner's history of frivolous, repetitive, and abusive filings.

Therefore,

**IT IS ORDERED** that Andrew Wetzel is **DENIED** leave to file this 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his conviction in St. Tammany Case No. 472,552, and this matter be **CLOSED** by the Clerk of Court

June 15, 2023

_____
UNITED STATES DISTRICT JUDGE